**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 16-1520**

───────────

RENEE FEREBEE,

        Plaintiff - Appellant,

    v.

INTERNATIONAL HOUSE OF PANCAKES,

        Defendant - Appellee.

───────────

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Deborah K. Chasanow, Senior District
Judge.  (8:15-cv-03840-DKC)

───────────

Submitted:  September 13, 2016     Decided:  September 16, 2016

───────────

Before TRAXLER, AGEE, and THACKER, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Renee Ferebee, Appellant Pro Se.  Randy Carl Sparks, Jr.,
KAUFMAN & CANOLES, PC, Richmond, Virginia, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Renee Ferebee appeals the district court's order dismissing, on res judicata grounds, Ferebee's employment discrimination action.[*] On appeal, we confine our review to the issues raised in the Appellant's brief. See 4th Cir. R. 34(b). Ferebee does not challenge the basis for the district court's disposition in either her informal brief or the supplement thereto. Thus, Ferebee has forfeited appellate review of the court's order. See Williams v. Giant Food Inc., 370 F.3d 423, 430 n.4 (4th Cir. 2004). Accordingly, although we grant Ferebee leave to proceed on appeal in forma pauperis, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

---

[*] Ferebee initially filed her lawsuit in state court, but Defendant removed the action to federal court.